UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cr-20472-PCH/Becerra

**UNITED STATES OF AMERICA**,

v.

**RUPESHKUMAR DINESHBHAI PATEL,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 15], which was entered on October 18, 2022. In the R&R, Judge Becerra found that the Defendant, Rupeshkumar Dineshbhai Patel, freely and voluntarily entered a plea of guilty as to Count I of the Information, which charges Defendant with False Statement to a Federal Agency in violation of Title 18 U.S.C. § 1001(a)(2).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Superseding Information; and

(3) a sentencing hearing before the Honorable Paul C. Huck is set for **Friday, October 21, 2022, at 10:30 AM**.

   **DONE AND ORDERED** in Miami, Florida on October 21, 2022.

                       PAUL C. HUCK
                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record